RECEIVED
APR 0 8 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLAUDE FRAZIER | CIVIL ACTION NO. 13-3110 |
| VERSUS | U.S. DISTRICT JUDGE STAGG |
| TIMOTHY KEITH, et al. | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for TRO and preliminary injunction (DOC. #9) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 8th day of April, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE