UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE R. FRAZIER | CIVIL NO.: 13-CV-3110; Sec. P |
| VERSUS | JUDGE DRELL |
| TIMOTHY KEITH, ET AL | MAG. JUDGE PEREZ-MONTES |

REQUEST LEAVE TO SUPPLEMENT COMPLAINT

NOW INTO COURT comes plaintiff Claude Frazier who moves to file a supplemental complaint pursuant to Rule 15(d), of the Federal Rules Civil Procedure. I state to wit:

1. On April 6, 2016, plaintiff Frazier filed his Cross-Motion for Summary Judgment to which defendants through counsel Ronald Corkern, Jr. filed an Objection to plaintiff alleging the defective shower chair and design of the shower caused and/or contributed to his injuries.

2. On May 9, 2016, LaSalle/Winn Correctional Center employees removed the shower chairs with no rubber stoppers at the bottom to prevent the chairs from sliding and tipping over with brand new ones with rubber stoppers at the bottom after notification by defense counsel Corkern of said defects.

WHEREFORE, I pray relief to issue.

Respectfully submitted this 11th day of May, 2016, under the penalty of perjury and in good faith.

*Claude Frazier*
Claude Frazier #274096
WNC Birch A-1-4
P.O. Box 1435
Winnfield, LA 71483

cc: Ronald Corkern

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAUDE R. FRAZIER** | CIVIL NO.: 13-CV-3110; Sec. P |
| **VERSUS** | JUDGE DRELL |
| **TIMOTHY KEITH, ET AL** | MAG. JUDGE PEREZ-MONTES |

### ORDER

Based on the foregoing Request to File Supplemental Complaint:

IT IS HEREBY ORDERED that the Supplement is Granted.

Clerk to serve all parties a copy of this Request and Order.

SAID AND DONE this ___ day of _____, 2016.

_____
U.S. Judge / Magistrate