

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLAUDE R. FRAZIER | CIVIL ACTION NO. 1:13-CV-03110 SECTION "P" |
| VERSUS | JUDGE WALTER |
| TIM KEITH, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Frazier's request for a temporary restraining order and/or preliminary injunction is DENIED.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana on this 3 day of Sept 2016.

_____
JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE