UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLAUDE R. FRAZIER, <br> Plaintiff | CIVIL ACTION NO. 1:13-CV-03110 |
| VERSUS | JUDGE WALTER |
| TIMOTHY KEITH, ET AL., <br> Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (Doc. 99) of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the untimely objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 75) be GRANTED, that Frazier's Motion for Summary Judgment (Doc. 78) be DENIED, and that Plaintiff's claims against Defendants' under 42 U.S.C. § 1983 for alleged violations of the Eighth Amendment be DISMISSED.

In accordance with the Magistrate Judge's order (Doc. 93), this case remains open.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 30 day of Nov, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE