UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLAUDE R. FRAZIER, Plaintiff | CIVIL ACTION NO. 1:13-CV-03110 |
| VERSUS | JUDGE WALTER |
| TIMOTHY KEITH, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 104) be GRANTED, that Frazier's Motion for Summary Judgment (Doc. 102) be DENIED, and that Plaintiff's remaining claims against Defendants be DISMISSED.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 17 day of January, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE